P.O. Box 1233.                              CASE NUMBER 21- 54419-pmb
Loris, South Carolina 29569

Honorable Judge Paul Baisier
1340 United States Courthouse                    Filed in U.S. Bankruptcy Court
75 Ted Turner Dr SW,                                    Atlanta, Georgia
Atlanta, GA 30303
                                                            APR - 6 2022

                                                    M. Regina Thomas, Clerk
                                                By:_____
                                                          Deputy Clerk

Dear Judge Paul Baisier,

My name is Felissa Grissett, I served in the United States Army and is the mother of 2 beautiful children.
I am writing to request a hearing regarding my bankruptcy. I'm personally writing the honorable Judge
because I feel that my attorney isn't working on my behalf. Nor was my previous attorney. There are a
lot of issues that I must be addressed with the courts. I also need to resolve and make the Courts aware
that my life is in danger for many reasons including because I within my rights filed bankruptcy. I'd also
like to discuss my previous bankruptcy and the trustee of whom I didn't authorize to service this
particular case. Nor did I authorize a change of lender. They are trying to get out of liability of ruining my
home in a botched attempted to kill me. Henry is aware and is a part of a conspiracy to commit murder
of my children and myself. I've filed a police on more than one occasion. They refuse to inform my
neighbor that my house is a safety hazard.

Geico drafted fraudulent documents while I was living in hotels making Safeco as my insurance
company. I've attached images of my home that has a bomb in it. I also have videos as evidence as well
that I'd like to present to the courts. I have solid proof of a grading scandal in HENRY,  FORSYTH,
MUSCOGEE AND COBB Counties. Also Houston is also trying to cover-up the molestation of 3 of my
nieces. Which is the very reason I had to flee to South Carolina. Please ensure my address is updated.
I've requested my attorney to file an address update more than once. Please not that Safeco sent my
$1300 check of which I refuse to cash.

Please note that I've missed only 1 payment since my case was finalized. However my monthly
statement reflects something different.  This is because I needed the money to pay for a hotels and to
pay the guardians of my children because living in my home was UNSAFE. They doctored up many
documents as well as broke into my home stealing documents more once.  They terrorized my children
and myself constantly for over a year. Please allow me the opportunity to speak with you regarding this
matter.

Excuse and grammatical error as I am dyslexic. However I have a GT score of 112. Note the address
change as well.

Sincerely yours

Felissa Grissett

**D** Dovenmuehle

February 08, 2022

Felissa Grissett          MS1270
PO Box 694
Locust Grove GA 30248-

Loan Number: 0022114813

Property Address: 9001 Dawes Crossing
Mcdonough GA 30252

Dear Felissa Grissett :

Enclosed is your check number 19-351782955/2956/2957. Unfortunately, we are unable to process this check for the following reason(s):

( ) Cannot Identify Your Account        ( ) Certified Funds Required
( ) Written Legal Amount Missing        ( ) Check Needs Signature
( ) Post Dated/Stale Dated Check        ( ) Loan Paid in Full
( ) Account Number is Invalid           ( ) Blank Check
( ) Stop Payment was Applied            ( ) Wrong Payee
( ) Your Account is Already on Automatic Drafting
( ) Altered Money Order/Check without Initials
( ) Endorsement Required/Missing Endorsement
( ) Written and Numeric Amounts Differ
( ) Check Damaged in Mail
(X) Other: MISSING PAYEE

If you have any questions, please call us at 1-800-669-4268.

They are witchs 20 other money order to make it seem as if Im having a hard time pay my mortage there should be (5) in total I have proof



When did safeco &
Geico join together
(NEVER)
they are cancelling
my policy
No one
will take
my house
Because
I have
the windows
sealed shut

They are trying
to cover up
what's in my
house by change
lenders. I DID
(NOT) Authorize
Safeco as my
insurance
carrier.



Hee the check
sent by safeco
of which I

Refuse to cash.
I'll bring it
to court



I'm the first & only owner. This huse is 5 yrs old.

Then Broke in and Messed up my entire Attic

they have taps on my phone

They Broke into my camera footage. I have footage on social media as well









