# THE PATEL LAW GROUP, LLC

1995 N. Park Pl, SE, Ste 565
Atlanta, GA 30339

April 12, 2022

Felissa Anne Grissett
PO Box 1233
Loris, SC 29569

RE: Bankruptcy Case No. 21-54419

Dear Mr./Mrs. Grissett:

Enclosed you will find a Notification of Intent to Request Permission to Withdraw and a Certificate of Service listing all of the parties in your case. The Patel Law Group, LLC desires to withdraw as your counsel of record.

The Motion to Withdraw will not be filed until 14 days have passed. If you have any objections to our withdrawal, you must make them known to our firm within that time period.

After the Motion to Withdraw is filed with the Clerk of the U. S. Bankruptcy Court, any objection to the Motion to Withdraw must be filed within fourteen days after service of the Motion at the Office of the Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. Once the Court has signed the Order permitting us to withdraw, we will no longer be your Counsel of Record. You will have no counsel.

I urge you to obtain new counsel immediately. If your new counsel has any questions concerning your case, please indicate to your new counsel that he or she may feel free to contact Patel Law Group, LLC.

Respectfully,

*Rushi Patel*

Rushi Patel
THE PATEL LAW GROUP, LLC
1995 N Park Pl., SE, Ste 565
Atlanta, Georgia 30339
(404) 490-2998
rdp@patel-legal.com

IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | &#124; |
| | &#124; |
| Grissett, Felissa Anne, | &#124;    Case No. 21-54419-PMB |
| | &#124; |
| Debtor. | &#124;    Chapter 13 |
| | &#124; |

**NOTIFICATION OF INTENT TO REQUEST PERMISSION TO WITHDRAW**

This is a Notice to Felissa Anne Grissett, Debtor in the above styled bankruptcy action, from his attorney of record, The Patel Law Group, LLC (the "Law Firm").

1.

The Patel Law Group, LLC wishes to withdraw as attorney of record for Debtor and intends to file a Motion to Withdraw due to the following facts: Debtor and the Law Firm have reached a position in which the Debtor seeks to pursue claims despite the advice of counsel – causing the Law Firm to be unable to adequately represent Debtor. Debtor through a request for hearing field April 7, 2022 (Doc. 34), has informed the Court that she feels that the Law Firm is not acting on her behalf. In the same document, she has specifically informed the Court that the Law Firm failed to file a Change of Address as she requested – which the Law Firm filed on March 28, 2022. Additionally, Debtor has included several causes of action which she wishes to pursue through the jurisdiction of the Court which the Law Firm has informed her she is not able to do. Finally, Debtor seeks to pursue causes of action against the Chapter 13 Trustee and her mortgage lender despite advice from the Law Firm. The Law Firm is unable to pursue these causes of action either because they are outside of the scope of agreed upon representation or because the causes have no grounds.

2.

A Motion to Withdraw will be filed 14 days after the mailing of this Notification. Any objection to the Motion to Withdraw must be filed within 14 days after service of this Notification at the Office of the Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. The Clerk's telephone number is (404) 215-1000.

3.

The Bankruptcy Court retains jurisdiction in this matter.

4.

The following parties are opposing counsel in this case:

Heather D. Bock
McCalla Raymer Leibert Pierce LLC
1544 Old Alabama Road
Roswell, GA 30076
(678) 281-6444
678-281-6444 (fax)
representing Village Capital & Investment, LLC

Laura A. Grifka
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
lgrifka@mtglaw.com
representing U.S. Bank National Association

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-6537
678-281-6537 (fax)
Michelle.ippoliti@mccalla.com
representing Village Capital & Investment, LLC

Ciro A. Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
(678) 281-6516
(678) 281-6516 (fax)
Ciro.Mestres@mccalla.com
Representing Village Capital & Investment, LLC

5.

The Trustee for this case is Melissa J. Davey, Standing Chapter 13 Trustee, Suite 2250

233 Peachtree Street NE, Atlanta, GA 30303.

6.

If the withdrawal of The Patel Law Group, LLC is permitted

(a) Debtor will have the obligation to promptly file with the Bankruptcy

Court and mail to the Trustee and all of his creditors or their counsel,

a written statement showing:

(1) the case caption and case number, and

(2) current telephone number and mailing address, and

(3) Debtor shall amend the statement promptly, should there

be any changes in telephone number or mailing address;

(b) Debtor will have the obligation to respond to any discovery or

motions, to take other actions as are appropriate or required, and to

prepare for any trial or hearing that may be scheduled in any matter, or

hire other counsel to do so;

(c) Debtor's failure or refusal to meet these obligations may result in

adverse consequences;

(d) Debtor will have to complete and file with the Court any required

documentation such as the Financial Management Certificate; and

(e) Service of notices, pleadings, and other papers may be made upon the

Debtor at his last known address.

7.

The Patel Law Group, LLC is currently aware of the following hearings or trials in

Debtor's case or any applicable deadlines:

(a) Objection to Transfer of Claim filed directly by the Debtor on April 6, 2022.

A hearing has been set for May 19, 2022 at 10:15 AM in Courtroom 1202.

Notice was served to Debtor at her address.

(b) Deadline to Complete Financial Management Course: to be completed and file

423 to be filed no later than the last payment due under Debtor's Chapter 13

Plan.

(c) Tax Returns or Tax Affidavits to be provided to the Chapter 13 Trustee for tax

periods 2022 and 2023.

 The holding of any hearings or trials and any deadlines will not be affected by the withdrawal of

counsel.

Date: April 12, 2022                          Respectfully,

                                              THE PATEL LAW GROUP, LLC

                                              _____/s/
                                              Rushi Patel, Attorney for Debtor
                                              Georgia Bar No. 791855
                                              1995 N. Park Pl. SE, Ste 565
                                              Atlanta, Georgia 30339
                                              (404) 490-2998 / rdp@patel-legal.com

IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              |
                                                    |
Grissett, Felissa Anne,                             |            Case No. 21-54419-PMB
                                                    |
                    Debtor(s).                       |            Chapter 13
                                                    |

**MOTION TO WITHDRAW**

COMES NOW The Patel Law Group, LLC, attorneys of record for Debtor, Felissa

Anne Grissett, PO Box 1233, Loris, SC 29569, whose last known telephone number is 678-670-

6460, and requests this Court to enter an Order allowing The Patel Law Group, LLC to withdraw

as counsel herein and shows the Court the following:

1.

Debtor seeks to act in contravention to the legal advice provided by Counsel, seeks legal

services outside of the scope of her agreement with Counsel, and has acted to represent herself in

matters. She has informed Counsel that she is not satisfied with Counsel's representation.

Furthermore, Counsel is unable to acquiesce to Debtor's requests as said requests would require

Counsel to act in violation to Counsel's legal and ethical requirements.

2.

Pursuant to Bankruptcy Rule 9010-5b(1), Movant has served the Debtor, Felissa Anne

Grissett, with a Notification of Intent to Request Permission to Withdraw by depositing same in

the U.S. Mail, properly addressed and with sufficient postage thereon to ensure delivery. The

Notification of Intention to Request Permission to Withdraw was mailed 14 days prior to filing

this Motion. The Notification of Intent to Request Permission to Withdraw is attached hereto.

**WHEREFORE,** The Patel Law Group, LLC requests this Court to issue an Order

permitting withdrawal as counsel for the Debtor, Felissa Anne Grissett.


Date: April 12, 2022

Respectfully,

THE PATEL LAW GROUP, LLC

_____ /s/

Rushi Patel, Attorney for Debtor
Georgia Bar No. 791855
1995 North Park Pl., SE, Suite 565
Atlanta, Georgia 30339
(404) 490-2998
rdp@patel-legal.com

IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          |
                                                |
Grissett, Felissa Anne,                         |          Case No. 21-54419-PMB
                                                |
                    Debtor(s).                  |          Chapter 13
                                                |

### CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age, and that on this day, I served a copy of the within "Notification of Intent to Request Permission to Withdraw" and "Motion to Withdraw" upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon, or otherwise noted, to ensure delivery to:

Debtor: Felissa Anne Grissett, PO Box 1233, Loris, SC 29569

Electronic Notice via ECF:

Melissa J. Davey, Ch. 13 Trustee

Regular First-Class Mail:

[See Attached Matrix]


        Dated: April 12, 2022                       **THE PATEL LAW GROUP**

                                                    /s/_____
                                                    Rushi Patel, Attorney for Debtor
                                                    Georgia Bar No. 791855
                                                    1995 North Park Pl., SE, Suite 565
                                                    Atlanta, Georgia 30339
                                                    (404) 490-2998
                                                    rdp@patel-legal.com

```
Label Matrix for local noticing      1st Franklin Financial            1st Franklin Financial
113E-1                               135 E. Tugalo Street              228 John Frank Ward Blvd
Case 21-54419-pmb                    Po Box 880                       McDonough, GA 30253-3209
Northern District of Georgia         Toccoa, GA 30577-0880
Atlanta
Tue Apr 12 16:12:03 EDT 2022

 (p)1ST FRANKLIN FINANCIAL CORPORATION   1st Franklin Financial Corp.     Abby Petrone, Legal Mgr.
PO BOX 880                           Admin Services                   Castle Credit Co Holdings
TOCCOA GA 30577-0880                 PO Box 880                       200 S Michigan Ave, Ste 450
                                     Toccoa, GA 30577-0880            Chicago, IL 60604-2400


American Profit Recovery             Ashley Boswell, Paralegal        BB&T Company
34505 W 12 Mile Rd Ste 333           American InfoSource              Attn: Bankruptcy
Farmington Hills, MI 48331-3288      4515 N Santa Fe Ave              Po Box 1847
                                     Oklahoma City, OK 73118-7901     Wilson, NC 27894-1847


BB&T NOW TRUIST                      Heather D. Bock                   (p)BB AND T
P O BOX 1847                         McCalla Raymer Leibert Pierce LLC PO BOX 1847
WILSON                               1544 Old Alabama Road            WILSON NC 27894-1847
WILSON, NC 27894-1847                Roswell, GA 30076-2102


Bureaus Investment Group             Bureaus Investment Group Portfolio No 15 LLC   (p)SOUTHERN MANAGEMENT
c/o PRA Receivables Management       c/o PRA Receivables Management, LLC            PO BOX 1947
PO Box 41021                         PO Box 41021                     GREENVILLE SC 29602-1947
Norfolk, VA 23541-1021               Norfolk VA 23541-1021


CT Corporation System               Castle Credit Co Holdings         Castle Credit Co Holdings
RA for Lendmark Financial Svcs      200 South Michigan Avenue         8420 W Bryn Mawr
289 S. Culver Street                Suite 450                         Chicago, IL 60631-3436
Lawrenceville, GA 30046-4805        Chicago, IL 60604-2400


 (p)JPMORGAN CHASE BANK  N A         Corporate Creations Network, I   Corporation Service Company RA
BANKRUPTCY MAIL INTAKE TEAM          Castle Credit Co Holdings, LLC   Mariner Finance, LLC
700 KANSAS LANE FLOOR 01             2985 Gordy Parkway, 1st Fl       40 Technology Pkwy South #300
MONROE LA 71203-4774                 Marietta, GA 30066-3078          Norcross, GA 30092-2924


Cynthia Stephens, Manager            Directv                          Directv, LLC
Southern Management Corp.            by American Infosource           by American InfoSource as agent
PO Box 1947                          4515 N Santa Fe Ave              4515 N Santa Fe Ave
Greenville, SC 29602-1947            Oklahoma City, OK 73118-7901     Oklahoma City, OK 73118-7901


Dovenmuehle Mortgage, Inc            Dovenmuehle Mortgage, Inc        Dunlap Gardiner LLP
1 Corporate Drive                    Attn: Bankruptcy                 for Lake Iris at WIlliamsburg
Lake Zurich, IL 60047-8945           1 Corporate Dr, Ste 360          5604 Wendy Bagwell Pkwy # 923
                                     Lake Zurich, IL 60047-8945       Hiram, GA 30141-7819


Evan Barnard                         (p)GEORGIA DEPARTMENT OF REVENUE  Geraldine Davis, CIO Team Mgr.
Dunlap Gardiner LLP                  COMPLIANCE DIVISION              IRS
5604 Wendy Bagwell Pkwy # 923        ARCS BANKRUPTCY                  PO Box 7346 5-Q30.133
Hiram, GA 30141-7819                 1800 CENTURY BLVD NE SUITE 9100  Philadelphia, PA 19101-7346
                                     ATLANTA GA 30345-3202
```

Laura A. Grifka
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092-2871

Heather Folse, Bank. Spec.
Republic Finance, LLC
282 Tower Rd
Ponchatoula, LA 70454-8318

IRS
Centralized Insolvency Oper.
P. O. Box 7346
Philadelphia, PA 19101-7346

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joanna Graef, Bank. Clerk
PRA Receivables Mgmt LLC
PO Box 41021
Norfolk, VA 23541-1021

Katie-Lynn Murphy, Assist. Mgr
Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

Kristi J Cheek, Admin
1st Franklin Financial Corp
PO Box 880
Toccoa, GA 30577-0880

Lake Iris at Williamsburg Plantation
Homeowners Assoc., Inc.
c/o Dunlap Gardiner LLP
5604 Wendy Bagwell Pkwy Ste 923
Hiram, GA 30141-7819

Latosha A Moody, AVP
Branch Banking and Trust Co.
PO Box 1847, 100-50-01-51
Wilson, NC 27894-1847

(p)LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

Lendmark Financial Services
Attn: Bankruptcy
1735 North Brown Rd, Ste 300
Lawrenceville, GA 30043-8228

Maria Tsagaris
McCalla Raymer Leibert Pierce
1544 Old Alabama Rd
Roswell, GA 30076-2102

Mariner Finance, LLC
1429 Goodman Road
Horn Lake, MS 38637-1404

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

Mariner Finance, LLC
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236-5904

Ciro A. Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Midwest Recovery Systems
514 Earth City Plaza
Earth City, MO 63045-1303

Midwest Recovery Systems
Po Box 899
Florissant, MO 63032-0899

NPRTO Georgia, LLC
265 West Data Drive
Draper, UT 84020

Nathalie Rodriguez, Agent
Robertson, Anschutz & Schneid
6409 Congress Ave., Ste 100
Boca Raton, FL 33487-2853

Navient
Attn: Bankruptcy
P.O. Box 9640
Wilkes Barre, PA 18773-9640

Navient
Po Box 3229
Wilmington, DE 19804-0229

Navy Federal Credit Union
Jessica Arestad, Bank. Spec.
PO Box 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union
P.O.BOX 3000
MERRIFIELD, VA 22119-3000

Rushi D. Patel
The Patel Law Group, LLC
1995 North Park Place, SE
Suite 565
Atlanta, GA 30339-2240

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Robertson, Anschutz & Schneid
for JPMorgan Chase Bank
6409 Congress Ave, Suite 100
Boca Raton, FL 33487-2853

Sally Beltran, Bank. Spec.
Westlake Financial Services
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010-3847

Shannon Parker, Bank. Manager
World Acceptance Corp
PO Box 6429
Greenville, SC 29606-6429

(p)STALLINGS FINANCIAL GROUP
ATTN JANET
407 ATLANTA ST
MARIETTA GA 30060-2226

U.S. Bank National Association
C/O Rushmore Loan Management Services
P.O. Box 52708
Irvine CA 92619-2708


USAA Federal Savings Bank
10750 Mcdermott Freeway
San Antonio, TX 78288-1600

USAA Savings Bank
9800 Fredericksburg Rd
San Antonio, TX 78288-0002

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309


Village Capital & Investment
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047-8945

Village Capital & Investment, LLC
Bankruptcy Department
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8945

(p)WESTGATE RESORTS
ATTN MANDY BUSKIRK
2801 OLD WINTER GARDEN ROAD
OCOEE FL 34761-2965


Westlake Financial Services
4751 Wilshire Bvld, Ste 100
Los Angeles, CA 90010-3847

Westlake Financial Services
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

Westlake Services, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999


World Acceptance Corp
PO Box 6429
Greenville, SC 29606-6429

World Acceptance/World Finance
2640b Metropolitan Pkwy
Atlanta, GA 30315-7921

World Acceptance/World Finance
Attn: Bankruptcy
Po Box 6429
Greenville, SC 29606-6429


World Finance Company of Georg
Attn: CT Corporation System, R
289 S. Culver St
Lawrenceville, GA 30046-4805

World Finance c/o World Acceptance Corp.
Attn: Bankruptcy Processing Center
PO Box 6429
Greenville, SC 29606-6429


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


1st Franklin Financial Corp
Attn: Virginia Herring, CEO
135 E Tugalo Street
Toccoa, GA 30577

Branch Banking & Trust
BB&T now Truist
P.O. Box 1847, 100-50-01-51
Wilson, NC 27894

COVINGTON CREDIT GA0012
c/o SOUTHERN MANAGEMENT
ATTN BK
PO BOX 1947
GREENVILLE, SC 29602


Chase Card Services
PO Box 15298
Wilmington, DE 19850

(d)Chase Card Services
Po Box 15369
Wilmington, DE 19850

(d)Covington Credit
PO Box 1947
Greenville, SC 29602


Georgia Dept. of Rev.
Compl. Div. - ARCS Bankruptcy
1800 Century Blvd NE, Ste 9100
Atlanta, GA 30345

Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302

Lendmark Financial Services
2118 Usher St.
Covington, GA 30014

(d)Lendmark Financial Services, LLC
2118 Usher Street
Covington, GA 30014

Republic Finance,LLC
282 Tower Rd
Ponchatoula, LA 70454

(d)Republic Finance,LLC
282 Tower Rd
Ponchatoula,La 70454

Stallings Financial Group
1111 S. Marietta Parkway Ste B
Marietta, GA 30060

(d)Stallings Financial Group, Inc
PO Box 4430
Marietta, GA 30061

Westgate Resorts
5601 Windhover Drive
Orlando, FL 32819

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

End of Label Matrix
Mailable recipients    76
Bypassed recipients     1
Total                  77