**IT IS ORDERED as set forth below:**



Date: May 27, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO. **21-54419-PMB** |
| **FELISSA ANNE GRISSETT,** | : | CHAPTER 13 |
| Debtor. | : | |
| _____ | : | |

## ORDER DENYING DEBTOR'S MOTION REQUESTING RECONSIDERATION OF ORDER

On May 20, 2022, the above-named Chapter 13 Debtor (the "Debtor") filed, *pro se,* a letter titled *Motion from Debtor Requesting Reconsideration* (Docket No. 52)(the "Motion to Reconsider").  In the Motion to Reconsider, the Debtor asked the Court to reconsider its *Order Denying Debtor's Motion to File Submissions by the Debtor on the Docket* (Docket No. 46)(the "Original Order"), entered by the Court on May 16, 2022.  In the Original Order, the Court denied the *Objection to Evidence Not Being Filed on Online Docket* filed by the Debtor on May 9, 2022 (Docket No. 44)(the "Motion").  In the Motion, the Debtor asked the Court to file on the docket in this case several e-mails with numerous individual photos attached that she submitted to the Court via e-mail, and which she claimed are valuable to her case and her *Objection to Transfer of Claim*

filed on April 6, 2022 (Docket No. 34)(the "Objection to Transfer"), which was set for a hearing on May 19, 2022 (the "Hearing").  *See Order and Notice of Hearing on Debtor's Objection to Transfer of Claim*, entered on April 8, 2022 (Docket No. 35).

In the Original Order, the Court explained that e-mails and photos cannot be filed on the docket under General Order No. 45-2021[1] and instructed the Debtor to instead bring such documents to the Hearing for the Court to review and consider at that time.  Further, the Debtor should understand that merely filing the documents and pictures on the docket does not give them special status, or improve the Debtor's ability to use them in connection with her case.  To the extent that they are relevant, they can be brought to hearings set to consider requests for relief from this Court and can be offered as evidence at that time subject to the relevant rules of evidence.

In view of the foregoing, it is hereby **ORDERED** that the Motion to Reconsider is **DENIED**.

The Clerk is directed to serve a copy of this Order upon the Debtor and the Chapter 13 Trustee.

**[END OF DOCUMENT]**

---

[1] Pursuant to General Order No. 45-2021, "Pro Se Debtors may not use the Emergency Filing System to submit a letter, document or other communication with the Court that is not a pleading."  Consequently, matters cannot be placed on the docket absent association with a pleading seeking some relief from this Court.